# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:24-cv-08024-SPG-MAA** | Date: **March 25, 2025** |
| Title **Jesus Pedrito Gonzales v. Warden et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why This Court Should Not Recommend Dismissal

On January 21, 2025, the Court issued an Order Dismissing Complaint with Leave to Amend ("Order"). (Order, ECF No. 25.) The Court ordered Plaintiff to, no later than February 20, 2025, either: (1) file a First Amended Complaint ("FAC"); (2) proceed with—and request that the Court reinstate—the Complaint; or (3) voluntarily dismiss the action. (*Id*. at 10–12.) The Court cautioned Plaintiff that "**failure to respond to th[e] Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1**." (*Id*. at 12.)

To date, Plaintiff has not responded to the Order. Plaintiff is **ORDERED TO SHOW CAUSE** by **April 24, 2025** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC, a notice that he wishes to proceed with the Complaint, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Notice of Dismissal